**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 1:25-CV-20982-DPG**

AZI 116, LLC,

       *Plaintiff/Counter-Defendants*,

vs.

AZ 116' INFINITY, LLC; INFINITY
YACHT ACQUISITION COMPANY,
LLC; FERNANDO G. SALINAS; MYI
INTERNATIONAL, LLC d/b/a
FLORIDA YACHTS INTERNATIONAL,
RAFAEL LAZARO NAVARRO a/k/a
RALPH NAVARRO,

       *Defendants/Counter-Plaintiffs/*
       *Third-Party Plaintiff.*

                              /

MYI INTERNATIONAL, LLC d/b/a
FLORIDA YACHTS INTERNATIONAL,

       *Counter-Plaintiff/Third-Party*
       *Plaintiff*

vs.

AZI 116, LLC, JOHN R. RUIZ, MAYRA
RUIZ, ALEX RUIZ, AND CIGARETTE
HOLDINGS, LLC

       *Counter-Defendant/Third-Party*
       *Defendants.*

                              /

**DEFENDANT/COUNTER-PLAINTIFF/THIRD-PARTY PLAINTIFF MYI**
**INTERNATIONAL, LLC'S, MOTION FOR CLERK'S DEFAULT**

Defendant/Counter-Plaintiff/Third-Party Plaintiff MYI International, LLC ("MYI") moves

for an entry of Default by the Clerk with respect to the Counterclaim and Third Party Complaint

filed on June 5, 2025 [ECF No. 65] ("Counterclaim/Third Party Complaint"), by MYI against

Counterclaim-Defendant/Plaintiff AZI 116, LLC, and Third Party-Defendants John H. Ruiz,

Mayra Ruiz, Alex Ruiz, and Cigarette Holdings, LLC, (collectively, "Counterclaim/Third Party Defendants") for failure to respond to the Counterclaim/Third Party Complaint, serve any papers on the undersigned with respect to the Counterclaim/Third Party Complaint, or respond to the Counterclaim/Third Party Complaint as required pursuant to Federal Rule of Civil Procedure 12(a)(1). MYI filed the Counterclaim/Third Party Complaint on June 5, 2025. As such, Counterclaim/Third Party Defendants' deadline to file their response to the Counterclaim/Third Party Complaint was June 26, 2025.

Dated: July 1, 2025

Respectfully submitted,

**STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**
Two South Biscayne Boulevard
Suite 1600
Miami, FL  33131
Telephone:  (305) 614-1404
Facsimile:  (305) 614-1425

By: */s/ Jordanna Ishmael*
Jordanna Ishmael
Florida Bar No. 1011647
jishmael@sknlaw.com
jishmael@ecf.courtdrive.com

Michael B. Nadler
Florida Bar No. 51264
mnadler@sknlaw.com

Francis D. Murray
Florida Bar No. 108567
fmurray@sknlaw.com

Timothy A. Kolaya
Florida Bar No. 056140
tkolaya@sknlaw.com
tkolaya@ecf.courtdrive.com

Juan J. Michelen
Florida Bar No. 92901
jmichelen@sknlaw.com

**PIANTINI & ASSOCIATES, P.A.**
4500 S Le Jeune Road
Coral Gables, FL 33146
Telephone:  (786) 509-7001

Albert J. Piantini
Florida Bar No. 157058
piant217@aol.com

*Counsel for Defendant/Counter-*
*Plaintiff/Third-Party Plaintiff MYI*
*International, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 1, 2025, I electronically filed the foregoing document with the

clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this

day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Jordanna Ishmael*
JORDANNA ISHMAEL

3